## The STATE, use of MEDFORD, *vs.* SPENCE, REDDEN and HOUSTON.

Hand-writing may be proved by a person who never saw the party write, if he have otherwise a knowledge of the character of his hand-writing.

DEBT on a constable's bond.

At the trial a witness was called to prove the hand-writing of the subscribing witness to the bond. He had never seen the party write, but he had seen a long account acknowledged by him to be his hand-writing; and from this he offered to swear to his belief of the signa-

ture.  The testimony was objected, to and admitted by the court.
(See 2 *Stark. Ev.* 373, &c.)

*Brinckloe*, for plaintiff.
*Robinson*, for defendant.